**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**ST LOUIS DIVISION**

| | | |
|---|---|---|
| TORRIAN CALDWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 4:09-CV-01116-SNLJ |
| | ) | |
| EVANS LAW ASSOCIATES, P.C., | ) | |
| a/k/a EVANS & ASSOCIATES | ) | |
| a/k/a EVANS LAW OFFICES | ) | |
| | ) | |
| Defendant. | ) | |

## REQUEST FOR ALIAS SUMMONS

Plaintiff, TORRIAN CALDWELL, by and through her attorneys, LARRY P. SMITH & ASSOCIATES, LTD., respectfully requests this court to issue alias summons upon Defendant, EVANS LAW ASSOCIATES, P.C., a/k/a EVANS & ASSOCIATES, a/k/a EVANS LAW OFFICES. Our attempts to serve the defendant at the address listed on the original summons were unsuccessful. Our investigation has lead us to an alternative address as indicated on the alias summons.

Respectfully Submitted,
**TORRIAN CALDWELL**

By:   s/ Larry P. Smith
         Attorney for Plaintiff

Dated: October 7, 2009

Larry P. Smith (Atty. No.: 6217162)
LARRY P. SMITH & ASSOCIATES, LTD.
205 North Michigan Avenue, 40th Floor
Chicago, IL 60601
Telephone:   (312) 222-9028 (x811)
Facsimile:      (888) 418-1277
E-Mail:          lsmith@smithlaw.us